UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-60962-BLOOM/Valle

LINDA FELDER,

    Plaintiff,

v.

SAM'S EAST, INC,

    Defendant.
_____/

## ORDER TAXING COSTS

**THIS CAUSE** is before the Court upon Defendant Sam's East, Inc.'s Bill of Costs and Memorandum in Support of Bill of Costs. ECF No. [48] ("Motion"). Therein, Defendant seeks $5,687.25 in taxable costs as the prevailing party in this case. The costs include $402.00 for fees of the Clerk, $1,840.00 for service fees, $3,319.85 for printed or electronically recorded transcripts, and $125.00 for printing and copying. Plaintiff did not file a Response within the deadline to do so. *See* S.D. Fla. L.R. 7.1(c).

After a review of the materials submitted by Defendants, the Court finds that the requested costs are reasonable and recoverable. *See Powell v. The Home Depot, U.S.A., Inc.*, No. 07-CV-80435, 2010 WL 4116488, at *10 (S.D. Fla. Sept. 14, 2010) ("Under section 1920(2), costs for transcripts may be awarded regardless of whether the transcripts were for pre-trial hearings, post-trial hearings, or the trial itself."); *Suchite v. Kleppin*, No. 10-CV-21166, 2012 WL 1933555 (S.D. Fla. Mar. 23, 2012) (approving cost of service of subpoenas and photocopying). Therefore, Defendants are entitled to recover $5,687.25 in taxable costs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Case No. 22-cv-60962-BLOOM/Valle

1. Defendant's Motion, **ECF No. [48]**, is **GRANTED**.

2. Defendant is entitled to recover $5,687.25 in taxable costs from Plaintiff Linda Felder.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 11, 2023.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record